ASA MOREHOUSE, Respondent, *v.* THE AGRICULTURAL INSURANCE COMPANY, Appellant.

(Argued May 4, 1882 ; decided May 30, 1882.)

*A. H. Sawyer* for appellant.

*Wm. F. O'Neill* for respondent.

Agree to affirm, with costs.   No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Judgment affirmed.